LORAIN COUNTY BAR ASSOCIATION *v.* HADEED.

[Cite as *Lorain Cty. Bar Assn. v. Hadeed*, ___ Ohio St.3d ___, 2021-Ohio-514.]

(No. 2019-0823—Submitted February 24—Decided February 26 2021.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Samir George Hadeed, Attorney Registration No. 0084433, last known business address in Pittsburgh, Pennsylvania.

{¶ 2} The court coming now to consider its order of November 7, 2019, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year, with six months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Lorain Cty. Bar Assn. v. Hadeed*, 158 Ohio St.3d 232, 2019-Ohio-4537, 140 N.E.3d 714.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____